THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

RODNEY LABORDE,

    Plaintiff,

v.

MOUNT AIRY CASINO,

    Defendant.

3:14-CV-02117
(JUDGE MARIANI)

## ORDER

AND NOW, THIS 11th DAY OF MAY, 2015, upon consideration of Plaintiff's Motion to Remand, **IT IS HEREBY ORDERED THAT**:

1. The Motion to Remand (Doc. 7) is **GRANTED**.

2. The case is **REMANDED** to the Monroe County Court of Common Pleas.

3. The Clerk of Court is **DIRECTED** to close the federal case.

Robert D. Mariani
United States District Judge